IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Castro, Violeta | Case Number: 05 B 13875 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 7/31/07 | Filed: 4/12/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: July 6, 2007
Confirmed:  May 31, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,300.00 | |
| Secured: | | 681.65 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,464.71 |
| Trustee Fee: | | 153.64 |
| Other Funds: | | 0.00 |
| Totals: | 3,300.00 | 3,300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,500.00 | 2,464.71 |
| 2. | Auto Title Loans | Secured | 2,698.09 | 681.65 |
| 3. | Jewel Food Stores | Unsecured | 7.44 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 15.62 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 89.54 | 0.00 |
| 6. | Devon Financial Services Inc | Unsecured | 25.46 | 0.00 |
| 7. | Arrow Financial Services | Unsecured | 79.84 | 0.00 |
| 8. | Illinois State Tollway | Unsecured | 185.82 | 0.00 |
| 9. | Turner Acceptance Corporation | Unsecured | 54.78 | 0.00 |
| 10. | Auto Title Loans | Unsecured | 33.99 | 0.00 |
| 11. | Allied Interstate | Unsecured | | No Claim Filed |
| 12. | Comcast | Unsecured | | No Claim Filed |
| 13. | Pay Day Loans | Unsecured | | No Claim Filed |
| 14. | Diversified Collection Service | Unsecured | | No Claim Filed |
| 15. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 16. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 17. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 18. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 19. | MB Financial | Unsecured | | No Claim Filed |
| 20. | Northeast Credit Collection | Unsecured | | No Claim Filed |
| 21. | Trust Receivable Services | Unsecured | | No Claim Filed |
| 22. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 23. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 24. | TCF Bank | Unsecured | | No Claim Filed |
| 25. | National Quick Cash | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Castro, Violeta | Case Number: 05 B 13875 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 7/31/07 | Filed: 4/12/05 |

26. LaSalle National Bank                    Unsecured                                        No Claim Filed

$ 5,690.58                    $ 3,146.36

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 25.11 |
| 5.5% | 59.62 |
| 5% | 16.30 |
| 4.8% | 33.93 |
| 5.4% | 18.68 |
| | $ 153.64 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_